UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:17-cr-0034-JMS-TAB |
| | ) | |
| CHRISTOPHER C. BYRNE, | ) | |
| | ) | |
| Defendant. | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by counsel, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum to require the presence of CHRISTOPHER C. BYRNE, DOC#263052, DOB xx/xx/1985, now confined at the Plainfield Correctional Facility, Plainfield, Indiana, in the custody of the Warden, before a Magistrate Judge for the United States District Court, Southern District of Indiana, at Indianapolis, Indiana, and to remain in the custody of the United States for all other necessary proceedings in this case.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: /s/ Matthew J. Rinka
Matthew J. Rinka
Assistant United States Attorney